```
   UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 13656
   ROBERT E MASON
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8671


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/24/06 and confirmed on 01/17/07.

     2.  The case was dismissed after confirmation, 01/18/2008.

     3.  The Debtor paid a total of $  20070.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
LASALLE BANK               CURRENT MORTG    5972.88           .00       5972.88
LASALLE BANK               MORTGAGE ARRE   11526.83           .00       8443.78
FORD MOTOR CREDIT CO       SECURED VEHIC    3450.00         172.45       921.63
WILL COUNTY TREASURER      SECURED          4384.48           .00        900.00
INTERNAL REVENUE SERVICE   PRIORITY         2692.29           .00           .00
AQUA ILLINOIS              UNSECURED       NOT FILED          .00           .00
CARRIBEAN POOLS            UNSECURED       10895.00           .00           .00
COMED                      UNSECURED       NOT FILED          .00           .00
DIRECT TV                  UNSECURED       NOT FILED          .00           .00
NICOR GAS                  UNSECURED        2374.34           .00           .00
RIDDLE & ASSOC PC          UNSECURED       NOT FILED          .00           .00
ASSET ACCEPTANCE CORP      UNSECURED         208.06           .00           .00
STATE FARM INSURANCE       UNSECURED       NOT FILED          .00           .00
CAPITAL ONE BANK           UNSECURED        2387.40           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          48.45           .00           .00
ST MARGARET MERCY/EMERGE   UNSECURED        1140.24           .00           .00
FORD MOTOR CREDIT CO       UNSECURED        5311.88           .00           .00
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 25334.19    2692.29     22365.37         .00        50391.85
PRINCIPAL PAID     16238.29        .00          .00         .00        16238.29
INTEREST PAID        172.45        .00          .00         .00          172.45
TOTAL PAID         16410.74        .00          .00         .00        16410.74
The Debtor's attorney, MELVIN J KAPLAN                , was allowed $    3000.00
and was paid $     5.00  direct and $   2995.00  through the plan.

The Trustee received $    664.26 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                           /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE










                              PAGE  2
        CASE NO. 06 B 13656 ROBERT E MASON